AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) |
| | ) Case No. 1:15CR00154 |
| Humberto Anderson | ) |
| | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Humberto Anderson, who is accused of an offense or violation based on the following document filed with the court:

_X_ Supervised Release Violation Petition

This offense is briefly described as follows:

Humberto Anderson absconded from his term of supervision by not returning from the Dominican republic, as authorized by the Court.

Date: 19 July 2018

_____
Issuing officer's signature

City and state: NY, NY

Honorable Victor Marrero U.S. District Judge
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____ at (city and state) _____

Date: 22 May 24

_____
Arresting officer's signature

City and state: Newark, N.J

Sebastien Petion   Deputy U.S. Marshal
Printed name and title

9666275